(8 Misc. Rep. 75.)

SKINNER ENGINE CO. v. OLD STATEN ISLAND DYEING ESTABLISH-
MENT.

(City Court of New York, General Term.   April 23, 1894.)

NEGOTIABLE INSTRUMENTS—BONA FIDE PURCHASER.
    One who accepts a note before maturity in full discharge of an anteced-
    ent debt is a bona fide purchaser for value.

Appeal from trial term.

Action by the Skinner Engine Company against the Old Staten
Island Dyeing Establishment.   There was a judgment in favor of
plaintiff, and defendant appeals.   Affirmed.

Argued before NEWBURGER, P. J., and McCARTHY and CON-
LAN, JJ.

Burrill, Zabriskie & Burrill, for appellant.
Ewing, Whitman & Ewing, for respondent.

McCARTHY, J.   We have examined very carefully the authori-
ties cited by the appellant, and think that many of the distinctions
drawn are too fine, and not borne out by the evidence in this case.
The evidence is clear and sufficient that the plaintiff accepted this
note in suit in full and complete discharge of the antecedent debt,
and thus became a bona fide holder for value, before maturity.
This, being so, cut off any defenses or claims which the defendant
might have against Barnhurst, unless evidence of knowledge or
notice thereof to plaintiff is shown.   This has not been done, and
where the evidence is unimpeached, and not contradicted, it is the
duty of the trial justice to direct a verdict for the plaintiff.   These
facts, in our opinion, appear in this case; and, finding no error in
the rulings, judgment must be affirmed, with costs.   All concur.